UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Phillip and Marlene Davis,

    Plaintiffs,

v.                                            CASE NO. 09-10228

Countrywide Financial Corp., et al.,        HONORABLE SEAN F. COX

    Defendants.
_____/

## **JUDGMENT**

For the reasons set forth in an Opinion & Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE.**

                                            DAVID J. WEAVER, CLERK OF COURT

                                            By:  s/ J. Hernandez
                                                    Deputy Clerk

Dated: September 9, 2009

Approved as to form:

s/ Sean F. Cox
U. S. District Judge